UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN T. SANCHEZ, LILLY SANCHEZ, LILLY-MOLINA SANCHEZ | * * * | CIVIL ACTION |
| VERSUS | * * | NO.: 12-865 |
| PETCO ANIMAL SUPPLIES STORES, INC., ABC INSURANCE COMPANY DEF MANUFACTURER, XYZ INSURANCE COMPANY | * * * * | SECTION: MAGISTRATE: |

* * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes the defendant, PETCO Animal Supplies Stores, Inc., who, with a full reservation of rights, files this notice of removal and avers that this matter is hereby removed to this Court on the following grounds:

1.

On February 17, 2012, plaintiffs, Shawn Sanchez, Lilly Sanchez and Lilly-Molina Sanchez, filed a Petition for Damages in the 24th Judicial District Court for the Parish of Jefferson, entitled "Shawn Sanchez, et al vs. PETCO Animal Supplies, Inc., et al" under docket number 711-525, Division "N". (A copy of the Citation and Petition for Damages, which comprise the complete state court record, are attached as Exhibit "A").

2.

Defendant, PETCO Animal Supplies Stores, Inc., was served with this Petition via the Louisiana Long Arm Statute. PETCO received service on March 6, 2012.

3.

The named plaintiffs are alleged to be a residents of Jefferson Parish, Louisiana (Exhibit "A"). Therefore, upon information and belief, they are citizens of Louisiana for purposes of diversity jurisdiction.

4.

PETCO Animal Supplies Stores, Inc. is domiciled in the state of Delaware, with its principal place of business in San Diego, California. Thus, there is complete diversity of citizenship between the plaintiff and the defendant, PETCO. Upon information and belief, the remaining defendants are ficticious names, thus, they should be disregarded for purposes of determining diversity pursuant to 28 U.S.C. §1441(a).

6.

The plaintiffs seek damages due to the alleged injuries of Lilly Sanchez which are described in the plaintiffs' petition as follows: Anvulsed (torn off) right toenail; peonychium; inability to regrow a normal toe nail; permanent damage to the nail fold; permanent damage to the nail matrix; complete left foot large toenail removal; inability to concentrate and sleep due to pain and prescription medicine; uninterrupted and intermittent school absences; cessation of cheerleading; cessation of physical education; pain and

embarrassment from disfigurement; pain, embarrassment and inconvenience of wearing splint/boot; permanet disability; psychiatric and psychological injureis; trauma; loss of consortium, and other injuires, the extent of which will be fully revealed at the time of trial.

As a result of the aformentioned injury, plaintiffs seek the following damages: Past, present and future pain and suffering; past, present and future emotional suffering and mental anguish; permanent disability and disfigurement; past, present and future psychiatric and psychological injuries; past, present and future medical expenses and costs; past, present and future loss of income and earning capacity; loss of tuition at St. Edward the Confessor; loss of eduction at St. Edward the Confessor; loss of consortium; and damages, attorney's fees, penalties and all general and equitable relief allowed under Louisaina law.

7.

This Court has original jurisdiction over this action and this case may be properly removed to this Court pursuant to 28 U.S.C. §1441(a) in that it is a civil action where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and all properly joined parties are citizens of different states.  28 U.S.C. §1332(a).

8.

The defendant has provided notice to the plaintiff through delivery of a copy of this Notice and the State Court Notice of Filing of Notice of Removal to plaintiff, and has also

provided notice to the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, through the filing of this Notice and the Notice of Filing of Notice of Removal into the record of the state court action (Exhibit "B").

9.

Defendant demands, and is entitled to, trial by jury.

WHEREFORE, defendant, PETCO Animal Supplies Stores, Inc., hereby removes this matter to the United States District Court for the Eastern District of Louisiana for further proceedings and disposition.

                                      Respectfully submitted,

                                      SCHAFER & SCHAFER

                                      BY:   s/ Rachel S. Kellogg
                                                 RACHEL S. KELLOGG - #28234
                                                 Attorney for Defendant, PETCO Animal Supplies Stores, Inc.
                                                 328 Lafayette Street
                                                 New Orleans, Louisiana  70130
                                                 (504) 522-0011

CERTIFIED:  A Copy of this Pleading has been served on all counsel by depositing same in the U.S. Mail on this 3rd day of April, 2011.

       s/ Rachel S. Kellogg
Rachel S. Kellogg - #28234